1  William E. Peterson, Esq.
   Nevada Bar No. 1528
2  Janine C. Prupas, Esq.
   Nevada Bar No. 9156
3  SNELL & WILMER L.L.P.
   50 W. Liberty Street, Suite 510
4  Reno, Nevada 89501
   Telephone: 775-785-5440
5  Facsimile: 775-785-5441
   Email: wpeterson@swlaw.com
6         jprupas@swlaw.com

7  *Attorneys for Defendant
   Microsoft Corporation*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No.: 2:21-cv-01088-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel of record that the deadline for Defendant Microsoft Corporation to respond to Plaintiff's Complaint shall be extended to June 29, 2021.  Defendant's response is presently due on June 15, 2021.

This is the parties' first request for an extension of time.

Dated: June 10, 2021

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Mitchell J. Landberg
Mitchell J. Langberg, Bar No. 10118
Troy P. Domina, Bar No. 13862
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff*
*Nevada Property 1 LLC dba The*
*Cosmopolitan of Las Vegas*

Dated: June 10, 2021

SNELL & WILMER, L.L.P.

By: /s/ Janine C. Prupas
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant*
*Microsoft Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2021