BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| | |
|---|---|
| 1 | MITCHELL J. LANGBERG, NV Bar No. 10118 |
|   | mlangberg@bhfs.com |
| 2 | TROY P. DOMINA, NV Bar No. 13862 |
|   | tdomina@bhfs.com |
| 3 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|   | 100 North City Parkway, Suite 1600 |
| 4 | Las Vegas, NV 89106-4614 |
|   | Telephone: 702.382.2101 |
| 5 | Facsimile: 702.382.8135 |

*Attorneys for Plaintiff NEVADA PROPERTY 1 LLC
dba THE COSMOPOLITAN OF LAS VEGAS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company, | CASE NO.: 2:21-cv-01088-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 9) OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE (ECF NO. 7)** |
| v. |  |
| MICROSOFT CORPORATION, a Washington Corporation, |  |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff, Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas, ("The Cosmopolitan"), and Defendant Microsoft Corporation ("Microsoft"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to respond to Defendant's Motion to Dismiss (ECF No. 9) or in the Alternative Motion to Transfer Venue (ECF No. 7) (collectively the "Motion").

The deadline to respond the Motion is currently July 13, 2021. The Cosmopolitan and Microsoft stipulate to extend this deadline to July 27, 2021.

The Cosmopolitan and Microsoft also stipulate to extend the deadline for Microsoft to file a reply in support of the Motion.

The current deadline for Microsoft to file a reply in support the Motion is July 20, 2021. The Cosmopolitan and Microsoft stipulate to extend this deadline to file a reply to August 10, 2021.

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

This stipulation is made in good faith and not for the purpose of delay. Counsel for the respective parties make this stipulation to accommodate counsels' respective schedules, including a pre-planned vacation for The Cosmopolitan's counsel. Additionally, the Motion addresses several issues that require additional time to fully and adequately address and brief. This is the parties' first request for an extension of time.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | SNELL AND WILMER, LLP |
| */s/ Mitchell J. Langberg* | */s/ Janine C. Prupas* |
| Mitchell J. Langberg, NV Bar No. 10118<br>Troy P. Domina, NV Bar No. 13862<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 | William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS* | *Attorneys for Defendant, Microsoft Corporation* |
| Dated this 1st day of July 2021. | Dated this 1st day of July, 2021. |

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: July 6, 2021

2