MITCHELL J. LANGBERG, NV Bar No. 10118
mlangberg@bhfs.com
TROY P. DOMINA, NV Bar No. 13862
tdomina@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiff NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-01088-JCM-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW, WITHOUT PREJUDICE, DEFENDANT'S MOTION TO DISMISS (ECF NO. 9) OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE (ECF NO. 7)** |

Plaintiff, Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas, ("The Cosmopolitan"), and Defendant Microsoft Corporation ("Microsoft"), by and through their respective counsel of record, hereby stipulate and agree to Microsoft's withdrawal, without prejudice, of Defendant's Motion to Dismiss (ECF No. 9) or in the Alternative Motion to Transfer Venue (ECF No. 7) (collectively the "Motion").

The Motion was filed on June 29, 2021.

While the Motion was pending, Plaintiff filed its Amended Complaint on July 20, 2021 (ECF NO. 14).

The parties agree that the Amended Complaint moots the Motion to Dismiss.

However, in an abundance of caution, and without prejudice to Defendant refiling a motion to transfer or a new motion to dismiss, the parties have entered into this stipulation and hereby stipulate that the Motion be withdrawn, without prejudice, to be re-filed at a later date.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | SNELL AND WILMER, LLP |
| */s/ Mitchell J. Langberg* | */s/ Janine C. Prupas* |
| Mitchell J. Langberg, NV Bar No. 10118<br>Troy P. Domina, NV Bar No. 13862<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 | William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS* | *Attorneys for Defendant, Microsoft Corporation* |
| Dated this 26th day of July 2021. | Dated this 26th day of July, 2021. |

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: July 28, 2021