William E. Peterson, Esq.
Nevada Bar No. 1528
Janine C. Prupas, Esq.
Nevada Bar No. 9156
SNELL & WILMER L.L.P.
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
       jprupas@swlaw.com

*Attorneys for Defendant
Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No.: 2:21-cv-01088-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MICROSOFT CORPORATION TO FILE REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY PENDING COURT'S RULING ON MOTION TO TRANSFER VENUE**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel of record that the deadline for Defendant Microsoft Corporation ("Defendant") to file a reply in support of its Motion to Stay Discovery Pending Court's Ruling on Motion to Transfer Venue shall be extended to September 14, 2021. Defendant's response is presently due on September 9, 2021.

4836-2305-5098

This is the parties' first request for an extension of time.

Dated:  September 7, 2021                                   Dated: September 7, 2021

SNELL & WILMER, L.L.P.                                      BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:  */s/ Janine C. Prupas*                                 By:  */s/ Mitchell J. Langberg*
    William E. Peterson, Bar No. 1528                  Mitchell J. Langberg, Bar No. 10118
    Janine C. Prupas, Bar No. 9156                       Troy P. Domina, Bar No. 13862
    50 West Liberty Street, Suite 510                    100 North City Parkway, Suite 1600
    Reno, Nevada  89501                                  Las Vegas, NV 89106-4614

*Attorneys for Defendant*
*Microsoft Corporation*

*Attorneys for Plaintiff*
*Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

**ORDER**

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: September 8, 2021

- 2 -

4836-2305-5098